**Order entered March 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00373-CV

## IN THE INTEREST OF E.L.C., C.R.C., AND G.E.C., CHILDREN

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause No. 1-18-0465

## ORDER

Before the Court is court reporter Kayla R. Scott's March 26, 2020 request for an extension of time to file the record. She explains the extension is necessary because she is having difficulties converting some of the exhibits into an acceptable format for electronic submittal.

We **GRANT** the request and **ORDER** the reporter's record filed no later than April 3, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE